IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| JAMES GAJEWSKI | * |
| Petitioner, | * |
| v. | Case No.: WMN 10cv1095 |
| MIDDLE RIVER AIRCRAFT SYSTEMS, | Date: May 21, 2010 |
| Respondent. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF SERVICE

I, Bruce M. Luchansky, Esq., attorney for Petitioner, certify that on May 18, 2010 pursuant to FRCP 4(h), I mailed a copy of the summons, Complaint, Civil Cover Sheet, Motion to Vacate Arbitration Award, and Memorandum in Support of Motion to Vacate Arbitration Award, in the above-captioned case by certified mail, to the Resident Agent for Respondent, The Corporation Trust Incorporated. The summons, pleading, and motion were in fact received by Respondent on May 19, 2010, as evidenced by the Resident Agent's signature on the original return receipt, a copy of which is attached as Exhibit 1.

I solemnly affirm under the penalties of perjury that the contents of this affidavit are true and correct.

_____
Bruce M. Luchansky, Esq.
Luchansky, P.A.
911 N. Charles Street, Third Floor
Baltimore, Maryland 21201
410.522.1020
*Attorneys for Petitioner, James Gajewski*

# EXHIBIT 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   The Corporation Trust Incorporated
   351 West Camden St.
   Baltimore, MD. 21201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_    ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                    5/19/10

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7006 0810 0003 8265 7344

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540